**PLAGER SCHACK LLP**
Mark H. Plager (CA Bar No. 192259)
mark@plagerschack.com
Michael L. Schack (CA Bar No. 128784)
michaels@plagerschack.com
16152 Beach Boulevard, Suite 207
Huntington Beach, California 92647
(714) 698-0601 - Telephone
(714) 698-0608 - Facsimile

Attorneys for Plaintiff
ProDeck50 Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PRODECK 50, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TECHNICAL COATINGS, INC., an Arizona corporation,<br><br>Defendant. | Civil Action No. SACV _____<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff ProDeck 50, Inc.(hereinafter "PRODECK"), for its complaint against Defendant International Technical Coatings, Inc. ("ITC"), avers as follows:

**Jurisdiction and Parties**

1. This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code.

2. This Court has jurisdiction over the subject matter of this action under

Title 28, United States Code, Section 1338, and has jurisdiction over the parties. Venue is proper in this district.

3. PRODECK is a California corporation having a principle place of business in Huntington Beach, California.

4. On information and belief, Defendant ITC is an Arizona corporation having a principle place of business in Phoenix, Arizona, California. On information and belief, Defendant ITC has conducted business in this judicial district and has committed acts of infringement as will be detailed herein.

## PATENT INFRINGEMENT

5. On December 30, 2014, the United States Patent and Trademark Office issued United States Letters Patent No. 8,919,585 (hereinafter the "'585 Patent") to William F. Trover, as the sole inventor, entitled "Decking Member." A true and correct copy of the '585 Patent is attached hereto as **Exhibit "A."**

6. On or about November 21, 2014, William F. Trover assigned his entire ownership right in the '585 Patent to ProDeck for valuable consideration.

7. Plaintiff ProDeck is the lawful owner of the '585 Patent.

8. Plaintiff ProDeck sells a line of products under the trademark "ProDeck50" which is covered by the '585 Patent.

9. On information and belief Defendant ITC had knowledge of and was aware of the construction of and operation of ProDeck's "ProDeck50" product prior to formal notice of infringement.

10. Defendant has been and is infringing at least claim 1 of the '585 Patent in violation of §271, *inter alia*, by making, using, offering to sell and/or selling within the United States, certain rack/shelving under the trade name "Performance Panel."

11. Defendant received actual notice of its infringement and such infringement continues to be willful.

12. On information and belief, the Performance Panel sold by ITC comprises:

COMPLAINT AND JURY DEMAND
2

a plurality of discrete elongate panels secured together to form an essentially flat deck surface suitable for storing items thereon, each elongate panel of the system having a first end and a second end and further comprising: a slotted face comprising a plurality of slots therein, the slotted face having a panel surface area and each slot defining an opening having a slot surface area, the combined surface area of the slots on the slotted face comprising at least 50% of the panel surface area; side supports on either side of the slotted face, the side supports each comprising a face essentially orthogonal to the slotted face and essentially parallel to each other, with each side support face having a first longitudinal edge and a second longitudinal edge, the first longitudinal edge reflecting an interface between the side support face and the slotted face, and the second longitudinal edge reflecting an interface between the side support face and a leg extending essentially orthogonal to the side support face and essentially parallel to the slotted face, and first and second horizontal supports, wherein the plurality of elongate panels are supported only at their first and second ends on the first and second horizontal supports, respectively.

13. By reason of Defendant's acts of infringement of the '585 Patent, PRODECK has been and will be continue to be damaged.

Wherefore, PRODECK prays for:

(a) judgment on this Complaint in its favor and against Defendant ITC for the above-mentioned acts of infringement of the '585 Patent;

(b) a preliminary and a permanent injunction against Defendant ITC and all those in privity, association, and/or concert with it against further infringement of the '585 Patent;

(c) damages adequate to compensate PRODECK for Defendant ITC's acts of infringement of the Patent and an increase of said damages up to three times pursuant to 35 U.S.C. § 284 as an exceptional case;

(d) an assessment against Defendant ITC of PRODECK's costs, attorney's

1 | fees, and expenses; and

2 |     (e)    such further relief as this Court deems to be just and appropriate.

4 | Dated:   January 2, 2015        **PLAGER SCHACK LLP**

By: *s/Mark H. Plager/*
      Mark H. Plager
      Michael L. Schack

Attorneys for Plaintiff
ProDeck 50 Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## JURY DEMAND

Plaintiff, ProDeck 5,0 Inc., hereby demands a trial by jury.

Dated: January 2, 2015          **PLAGER SCHACK LLP**

By: _*s/Mark H. Plager/*_____
     Mark H. Plager
     Michael L. Schack

Attorneys for Plaintiff
ProDeck 50 Inc.